## WILSON v. STATE.

No. 20562.

Court of Criminal Appeals of Texas.

June 14, 1939.

John H. Dittmar and Archie S. Brown, Jr., both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed being thirty years in the penitentiary.

The indictment charges the offense. No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.